IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM D. STAFFORD**                                                                                          **PLAINTIFF**

v.                                      Case No. 4:20-cv-01316-KGB-JJV

**SOCIAL SECURITY ADMINISTRATION**                                               **DEFENDANT**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe recommending that the Court dismiss the case without prejudice because plaintiff Adam Stafford had not filed proof of service or complied with the Court's Order to provide proof of service on defendant Social Security Administration (Dkt. No. 5, at 1).  The Court observes that plaintiff Adam Stafford has now served the complaint on the Social Security Administration (Dkt. No. 6).  The Social Security Administration has answered the complaint and has not moved to dismiss the case for lack of service (Dkt. No. 8).  Accordingly, the Court declines to adopt the Proposed Findings and Recommended Disposition (Dkt. No. 5).  The Court refers the case back to Judge Volpe for further proceedings.

It is so ordered this the 1st day of August, 2022.

_____
Kristine G. Baker
United States District Judge